IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID C. GEVAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:14-cv-134-NJR-DGW |
| | ) |
| DR. ROBERT SHEARING, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

In this Court's previous Order (Doc. 259), the following deposition schedule was set:

September 24, 2015 at 10:00 a.m. – Ms. Rayburn
September 24, 2015 at 1:30 p.m. – Ms. Johnson
September 25, 2015 at 10:00 a.m. – Defendant Harrington
September 25 at 1:30 p.m. – Defendant Butler
October 1, 2015 at 1:30 p.m. – Defendant Skidmore.
October 7, 2015 at 10:00 a.m. – Defendant Malley
October 7, 2015 at 1:30 p.m. – Dr. Schicker

Plaintiff was to appear by video-conference and all witnesses were to appear in person (except Dr. Schicker who was to appear by telephone) at the Federal Courthouse in East St. Louis, Illinois. The Court was subsequently informed by Stateville Correctional Center, where Plaintiff is housed, that their video-conferencing equipment is broken and that repairs would not be completed in time for the depositions. Stateville has since informed the Court that the equipment should be functioning by the middle of October.

Therefore, the deposition schedule is modified as follows:

October 27, 2015 at 10:00 a.m. – Defendant Harrington
October 27, 2015 at 1:30 p.m. – Defendant Butler
October 28, 2015 at 10:00 a.m. – Ms. Johnson
October 28, 2015 at 1:30 p.m. – Ms. Rayburn
October 29, 2015 at 1:30 p.m. – Defendant Skidmore.

   October 30, 2015 at 10:00 a.m. – Defendant Malley
   October 30, 2015 at 1:30 p.m. – Dr. Schicker

Plaintiff shall prepare and serve (by certified mail, return receipt) subpoenas for **Christi Rayburn, Sarah Johnson, and Dr. Schicker**.  The same conditions shall apply to these depositions and subpoenas as outlined in this Court's August 18, 2015 and August 27, 2015 Orders (Docs. 250, 259).  Plaintiff need not submit any additional witness fees and/or mileage to these witnesses.  Plaintiff shall, however, serve a copy of this Order upon these third-parties, along with the subpoenas.  In order to save costs, additional subpoenas for Defendants need not be issued as they have received notice of the cancellation of the depositions and the resetting above.  Plaintiff shall also inform Keefe Reporting of the new schedule.  The Clerk of Court is **DIRECTED** to issue 3 blank subpoenas to Plaintiff for deposition attendance.  The Clerk of Court is further **DIRECTED** to mail a copy of this Order to Dr. Schicker, at the address provided by Plaintiff, James R. Thompson Center, 100 W. Randolph St., Suite 4-200, Chicago, Illinois 60601.

  The discovery deadline is extended to **October 30, 2015** for the limited purpose of conducting these depositions.  Plaintiff's response to the Motion for Summary Judgment (Doc. 123) is due by **November 30, 2015**.

**IT IS SO ORDERED.**

**DATED: October 1, 2015**

                **DONALD G. WILKERSON**
                **United States Magistrate Judge**