IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID C. GEVAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-134-NJR-DGW |
| | ) | |
| DR. ROBERT SHEARING, JEREMY BUTLER, NICKI MALEY, KIMBERLY BUTLER, and RICHARD HARRINGTON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Withdraw as attorney filed by Plaintiff's counsel, Loretta K. Haggard and Natalie J. Teague, on January 25, 2017 (Doc. 352) and the Motion to Replace Court Appointed Counsel filed by Plaintiff, David Gevas, on January 26, 2017 (Doc. 355).

The Court has considered the motions and the documents submitted by counsel for *in camera* inspection and finds that counsel is permitted to withdraw. Therefore, the motion to withdraw is **GRANTED** (Doc. 352) for good cause shown and pursuant to Local Rule 83.11. Attorneys Haggard and Teague are terminated as attorneys of record in this matter.

Plaintiff himself also has requested that counsel be discharged and has filed a motion requesting assignment of different counsel pursuant to Local Rule 83.12. Plaintiff's Motion is **GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART**. In light of the discharge of counsel, Plaintiff's representations that he is hospitalized at the prison and does not have access to his legal papers, and the concurrence of District Judge Nancy J. Rosenstengel, the final pretrial conference and trial settings are hereby **VACATED**.

This matter is further set for a status conference on **February 22, 2017 at 10:30 a.m.** before the undersigned. Plaintiff shall appear by video-conference and Defendants shall appear by counsel. Plaintiff should be prepared to discuss his ability to prosecute this matter without counsel. The parties should be prepared to discuss a new final pretrial conference and trial date in addition to any other issues that will affect trial in this matter.

**DATED: February 6, 2017**

*/s/ Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**